UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELSEY MORTON,

    Plaintiff,

v.                                          Case No: 8:13-cv-2230-T-27TGW

NAVY FEDERAL CREDIT UNION,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Stipulation for Final Order of Dismissal With Prejudice (Dkt. 14). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own attorneys' fees and costs except to the extent that Plaintiff's fees are paid from the settlement proceeds. The Clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of January, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record